(INND Rev. 1/21)                                                                                                                page 1

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF INDIANA

[This form is for non-prisoners to file a civil complaint. NEATLY print in ink (or type) your answers.]

Iredell Sanders
_____,
[You are the PLAINTIFF, print your full name on this line.]

v.

University of Notre Dame
_____,
[The DEFENDANT is who you are suing. Put ONE name on this line. List ALL defendants below, including this one.]

Case Number  3:21-cv-404
[For a new case in this court, leave blank. The court will assign a case number.]

FILED 2021 JUN -7 PM 12:30

[The top of this page is the caption. Everything you file in this case must have the same caption. Once you know your case number, it is VERY IMPORTANT that you include it on everything you send to the court for this case. DO NOT send more than one copy of anything to the court.]

## CIVIL COMPLAINT

| # | Defendant's Name and Job Title | Address |
|---|---|---|
| 1 | [Put the defendant named in the caption in this box.]  University of Notre Dame | University of Notre Dame 200 Grace Hall, Notre Dame Indiana 46556 631-5900 or by email … |
| 2 | [Put the names of any other defendants in these boxes.] | |
| 3 | | |

[If you are suing more defendants, attach an additional page. Number each defendant. Put the name, job title, and address of each defendant in a separate box as shown here.]

1. How many defendants are you suing? ___1___

2. What is your address?  924 West Indiana St. Apt. 206 South Bend IN. 46613

3. What is your telephone number: ( 574 ) 222-4544

4. Have you ever sued anyone for these exact same claims?
   ☑ No.
   ☐ Yes, attached is a copy of the final judgment OR an additional sheet listing the court, case number, file date, judgment date, and result of the previous case(s).

[DO NOT write in the margins or on the back of any pages. Attach additional pages if necessary.]

## CLAIMS and FACTS

DO: Write a short and plain statement telling what each defendant did wrong.

DO: Use simple English words and sentences.

**DO NOT**: Quote from cases or statutes, use legal terms, or make legal arguments.

DO: Explain when, where, why, and how these events happened.

DO: Include every fact necessary to explain your case and describe your injuries or damages.

DO: Number any documents you attach and refer to them by number in your complaint.

**DO NOT**: Include the names of minors, social security numbers, or dates of birth.

DO: Use each defendant's name every time you refer to that defendant.

DO: Number your paragraphs. [*The first paragraph has been numbered for you.*]

1. Claims and facts attached

[*DO NOT* write in the margins or on the back of any pages. Attach additional pages if necessary.]

The Family and Medical Leave Act of 1993 is a United States labor law requiring covered employers to provide employees with job-protected and unpaid leave for qualified medical and family reasons. Being a United States labor law allows this matter to fall under the United States District Court Northern District Of Indiana.

- Pub.L. 103–3
- 103rd United States Congress
- 29 U.S.C. sec. 2601

### Claims and Facts

On 06/07/2018, I was issued a no trespass order and thus terminated from my job at the University of Notre Dame. Rick Miller the Notre Dame officer that served me pointed out that I could appeal. I did appeal. After providing documentation from my doctor and making aware that I was in the FMLA program, my appeal was denied.

I lost many things that were of great worth to me. My job at the University meant a great deal to me and the income that I have not be about to reach again. There were educational opportunities lost as well. I felt that I was employed by one of the most even handed places a man could be. I still believe this to be true. That is why I am asking the Court to order relief in the sum of my lost wages.

*Iredell Sanders* (signature)

(INND Rev. 1/21) page 3

Claims and Facts (continued)

_____
_____
_____
_____
_____
_____

**PRIOR LAWSUITS** – Have you ever sued anyone for this exact same event?
- ☑ No.
- ☐ Yes, attached is a copy of the final judgment OR an additional sheet listing the court, case number, file date, judgment date, and result of the previous case(s).

**RELIEF** – If you win this case, what do you want the court to order the defendant to do?
12x40x52x2= $49,920.00 Requested in lost wages over two years is the requested remedy.

_____
_____
_____
_____

**FILING FEE** – Are you paying the filing fee?
- ☐ Yes, I am paying the $402.00 filing fee. I understand that I am responsible to notify the defendant about this case as required by Federal Rule of Civil Procedure 4. [*If you want the clerk to sign and seal a summons, you need to prepare the summons and submit it to the clerk.*]
- ☑ No, I am filing a Motion to Proceed In Forma Pauperis and asking the court to notify the defendant about this case.

[*Initial Each Statement*]
__V__ I will keep a copy of this complaint for my records.
__V__ I will promptly notify the court of any change of address.
__V__ I declare **under penalty of perjury** that the statements in this complaint are true.

_Iredell Sanders_ _____  06/07/2021
Signature                                            Date

[*DO NOT* write in the margins or on the back of any pages. Attach additional pages if necessary.]