UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | |
|---|---|
| IREDELL SANDERS, ) | |
| ) | |
| *Plaintiff* ) | |
| ) | Cause No. 3:21-cv-404-RLM-JEM |
| v. ) | |
| ) | |
| UNIVERSITY OF NOTRE DAME, ) | |
| ) | |
| *Defendant* ) | |
| ) | |

ORDER

This case was referred to Magistrate Judge John E. Martin pursuant to 28 U.S.C. § 636(b)(1)(B) to conduct a hearing and prepare a report and recommendation on the University of Notre Dame's notice asking the court to dismiss this case and motion to dismiss (involving the same issues as the notice) under Federal Rules of Civil Procedure 41(b) and 37. Magistrate Judge Martin issued his report and recommendation on February 13, 2023. Magistrate Judge Martin found that Iredell Sanders hasn't participated in discovery by repeatedly refusing to respond to written discovery requests or participate in his own deposition, despite several hearings, court orders, and attempts to accommodate him. Magistrate Judge Martin recommended that the court dismiss this case with prejudice.

Both 28 U.S.C. § 636(b)(1)(C) and Fed. R. Civ. P. 72(b) require the parties to file objections to a report and recommendation within 14 days. The magistrate judge alerted the parties to this requirement in the report and recommendation.

1

[Doc. No. 82]. More than 14 days have passed since the report and recommendation was issued, and neither party has filed an objection.

Having reviewed the report and recommendation and finding no clear error in it, the court ADOPTS it in its entirety and incorporates Magistrate Judge Martin's recommendations into this order. [Doc. No. 82]. The court GRANTS the University's motion to dismiss, [Doc. No. 70], and DISMISSES this case with prejudice.

SO ORDERED.

ENTERED: March 1, 2023

/s/ Robert L. Miller, Jr.
Judge, United States District Court